UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUEBONNET TRUST, | Case No. 2:23-cv-06158-SB(JPRx) |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR ENTRY OF JUDGMENT** |
| v. | |
| RHODA WRIGHT, on behalf of and as Trustee for The Bernice Wright-Tooksberry Irrevocable Trust, | Action Filed: July 28, 2023 |
| Defendant. | |

This matter is before the Court on the Stipulation for Entry of Judgment (Stipulation) entered between Plaintiff Bluebonnet Trust (Plaintiff or Bluebonnet), a statutory trust governed by the laws of the State of Delaware, and Defendant Rhoda Wright (Ms. Wright), on behalf of and as trustee for The Bernice Wright-Tooksberry Irrevocable Trust, a common law trust governed by the laws of the State of California (the Wright-Tooksberry Trust).

Having reviewed the parties' Stipulation, the Court hereby enters judgment on the Stipulation as follows:

    a.    Plaintiff is the Policy's sole and rightful beneficiary.

    b.    Plaintiff is the sole and rightful recipient of the Policy's Death Benefit.

    c.    Neither Defendant, nor Ms. Wright in her individual capacity or as trustee of and on behalf of the Wright-Tooksberry Trust, the Insured's estate, the Insured's, or Ms. Wright's family members, including their daughter Felisa Noble, or anyone else other than Plaintiff, is entitled to the Death Benefit or any portion of the Death Benefit.

   d. To the extent Defendant receives the Death Benefit, or any portion of the Death Benefit, Defendant shall hold the Death Benefit in a constructive trust for Plaintiff's exclusive benefit.

   e. Defendant shall indemnify Plaintiff in the amount of any and all proceeds Defendant receives in connection with the Policy, including but not limited to the Death Benefit, until such time as such proceeds from the Policy are received by Plaintiff.

   f. All costs and attorney's fees incurred in connection with this litigation shall be borne by each party.

   g. All taxes due on the Death Benefit under the Policy, once it is paid to Bluebonnet, will be paid by Bluebonnet.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT JUDGMENT IS ENTERED** pursuant to this Judgment and all the terms and conditions recited above.

Dated: October 17, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge